AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DietGoal Innovations LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-cv-02032-RCL |
| Sweetgreen, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DietGoal Innovations LLC

Date: 01/02/2014

*Attorney's signature*

Steven War 477822
*Printed name and bar number*

McNeely, Hare & War LLP
5335 Wisconsin Ave, NW Suite 440
Washington, DC 20015
*Address*

Steve@miplaw.com
*E-mail address*

(202) 536-5877
*Telephone number*

(202) 478-1813
*FAX number*