**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DIETGOAL INNOVATIONS LLC**<br><br>    **Plaintiff,**<br>  v.<br><br>**SWEETGREEN, INC.**<br><br>    **Defendants.** | **Case No. 13-cv-02032-RCL** |

## NOTICE OF APPEARNACE

Notice is given that the undersigned attorney, Charles R. Price, is admitted to practice in this Court and enters his appearance in this matter as Counsel for Defendant Sweetgreen, Inc., for purposes of receiving notices and orders from the Court.

Date:  January 2, 2014                          Respectfully submitted,

*/s/ Charles R. Price*
Charles R. Price (Bar No. 488425)
**TANDEM LEGAL GROUP LLC**
829 7th Street NW
Washington, DC 20001
Tel: 202.969.0100
Fax: 202.969.0099

**COUNSEL FOR DEFENDANT**
*Sweetgreen, Inc.*